# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Asterius Mutayoba Rulamka<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:25-MJ-121<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2025__ in the city/county of _____ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 113(a)(4) | Assault by beating, striking, and wounding |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

AUSA April Russo
*Printed name and title*

*Elizabeth Kilcommons*
*Complainant's signature*

FBI Special Agent Elizabeth Kilcommons
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 03/06/2025

*Judge's signature*

City and state: Alexandria, Virginia

The Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*