Date: 3/13/2025                                      Time: 10:01a – 10:18a

Judge: William B. Porter                             Case #: 1:25-mj-00121
Tape: FTR/400                                        Court Reporter: N/A
Hearing: ☐Initial App./☒Detention Hrg/☒Preliminary Hrg/☐Status Conf./☐Motion Hrg

Eastern District of Virginia
United States of America
v..
Asterius Mutayoba Rulamka

**Participants**
USA: Max Willner

**Defense Counsel**: Cadence Mertz
**Court to appoint counsel**: ☐AFPD/ ☐CJA/ ☐Conflict List/ ☐Defendant to retain counsel

**Interpreter**: Emmanuel Muganda                    **Language**: Swahili

**Advisement**
☐Rule 5                      ☐Due Process Protections Act

**Probation/Sup. Release violation(s)**
☐Deft informed of violation(s)
☐Deft denies PC as to the violation(s)       ☐Deft does not contest PC as to the violation(s)
☐Court finds PC as to the violation(s)

**Detention Hearing/Preliminary Hearing**
☐DH held / ☒DH waived          ☒PH held / ☐PH waived
☐Def submits on probable cause / ☐Def not contesting probable cause
☒Govt adduced evidence and rests          ☒Court finds probable cause

**Detention**
☐Govt seeking detention / ☐not seeking detention
☐Def counsel seeking release / ☒not seeking release at this time
☐Def counsel not contesting release at this time
☒Deft remanded to the custody of the USMS

**Bond Status**
☐Deft released on PR bond: ☐with conditions          ☐Deft continued on PR bond
☐Deft continued on previously imposed conditions: ☐Probation / ☐Supervised Release

**Future proceedings**
☐Matter continued for further proceedings before the Grand Jury
☒Next hearing: Jury Trial – 4/15/25 – 10a - WBP

Notes: