IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No. 1:25-MJ-121-WBP |
| ) | |
| ASTERIUS MUTAYOBA RULAMKA, ) | |
| ) | |
| Defendant.  ) | |

## ORDER

This matter is scheduled for a jury trial on **Tuesday, April 15, 2025.** It is the Court's understanding that the parties intend to complete the presentation of evidence in one day. If any of the parties believes they need more time, please contact the Court immediately. In the interests of fairness, efficiency, and justice, the Court ORDERS as follows.

### I. TRIAL SCHEDULE

The Court will begin at 10:00 a.m. on each day of trial; although counsel should be present by 9:00 a.m. to address any preliminary matters. Subject to the exigencies of the case or the Court's docket, the Court will take a one-hour recess for lunch around 12:30 p.m. and recess by no later than 6:00 p.m., with a mid-morning and a mid-afternoon break of around 15-20 minutes.

### II. DEADLINES

The Court imposes the deadlines below on the parties. All other deadlines previously imposed remain in effect.

#### A. Voir Dire

By 5:00 p.m. on **Tuesday, April 8, 2025**, the parties jointly must file one set of agreed-upon *voir dire* questions. The parties also jointly must file a pleading that identifies the *voir dire*

questions on which they could not agree with a short explanation with each side's position. Please also email electronic courtesy copies of the filings in Microsoft Word format to Chambers. The Court will conduct the *voir dire*.

### B. Jury Instructions

Consistent with Local Criminal Rule 30, by **Tuesday, April 8, 2025**, the parties jointly must file one set of jury instructions. The parties must meet and confer in advance to reach agreement on as many jury instructions as possible. If there are jury instructions on which the parties cannot reach agreement ("disputed instructions"), the proposed disputed instructions also must be included in the filing with a short explanation with each side's position. The filing should also include an index of all proposed jury instructions, identifying the instructions on which the parties agree and identifying the instructions on which the parties do not agree. The government should identify each of its disputed instructions with a letter, and Defendant should identify each of its disputed instructions with a number. Please also email electronic courtesy copies of all agreed and disputed instructions to Chambers in Microsoft Word format.

During the trial, the parties may submit supplemental proposed instructions, or withdraw those previously proposed, to reflect the evidence or the Court's rulings. A jury instruction conference will be conducted at the close of all the evidence. The Court will instruct the jury before closing arguments and will provide copies of the final set of jury instructions to all parties and to the jury for its use during deliberations.

### C. Court Technology

Prior authorization is required to bring electronic devices into the courthouse to present evidence. Counsel may request authorization by completing the forms available on the Court's website (https://www.vaed.uscourts.gov/Alexandria). Counsel for the parties must submit

completed forms through CM/ECF at least *four business days* before trial. An orientation may be required: https://www.vaed.uscourts.gov/evidence-presentation-system.

### D. Exhibits

Each party must file their exhibit lists by 5:00 p.m. on **April 8, 2025**. By the same deadline, each party must also (1) deliver to the Clerk's Office two hard copies of all exhibit lists and all exhibits, which must be placed in binders, properly tabbed, numbered, and indexed (2) exchange copies of all exhibits with opposing counsel. The parties are directed to meet and confer with respect to any objections and resolve them as much as possible. Any remaining objections must be filed by 5:00 p.m. on **April 10, 2025**.

### E. Witnesses

The government must file its witness list by 5:00 p.m. on **April 11, 2025**. Defendant must file his witness list by 10:00 a.m. on **April 14, 2025**.

### F. Verdict Form

By 5:00 pm on **April 14, 2025**, the parties must jointly file a proposed verdict form for the Court's consideration. If the parties cannot agree, each party should file its own proposed verdict form. Please email electronic courtesy copies of all verdict forms to Chambers in Microsoft Word format.

### G. Motions Hearing

Any pretrial motions are due by **March 25, 2025**, with any opposition thereto due by **April 1, 2025**. The Court will hold a hearing on any pretrial motions on **April 8, 2025,** at 10:00 am.

### III. Contact Information

Chambers Phone Number:   703-299-2111

Chambers Email Address:   WBP_Chambers@vaed.uscourts.gov

Entered this 13th day of March 2025.

Alexandria, Virginia

_____
William B. Porter
United States Magistrate Judge